IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE,<br><br>*Plaintiff*,<br><br>v.<br><br>ALEX M. AZAR II, in his official capacity as the Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; DIANE FOLEY, M.D., in her official capacity as the Deputy Assistant Secretary, Office of Population Affairs; OFFICE OF POPULATION AFFAIRS,<br><br>*Defendants*. | Case No. RDB-19-cv-01103 |

**UNOPPOSED MOTION TO EXPAND PAGE LIMITS FOR DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND FOR PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Defendants respectfully move pursuant to Local Rule 105.3 for permission to exceed by ten pages the thirty five–page limit for their Opposition to Plaintiff's Motion for Preliminary Injunction, and for the Court to extend by ten pages the twenty-page limit for Plaintiff's Reply to the Opposition to the Motion for Preliminary Injunction.

1. Plaintiff filed suit in this District on April 12, 2019 raising statutory and constitutional challenges to a March 4, 2019 Final Rule promulgated by the U.S. Department of Health & Human Services, *see* Compliance with Statutory Program Integrity Requirements, 84 Fed. Reg. 7714 (Mar. 4, 2019) ("Final Rule").

2. On April 16, 2019, Plaintiff moved for a preliminary injunction. ECF No. 11, Plaintiff's Motion for Preliminary Injunction. Plaintiff asks the Court to enjoin implementation

of the Final Rule before certain aspects of it go into effect on May 3, 2019.  *Id.*

3. On April 19, 2019, the Court granted the parties' Joint Motion to Set a Briefing Schedule and Hearing for Plaintiff's Motion for Preliminary Injunction.  ECF No. 20, Order Setting a Briefing Schedule and Hearing for Plaintiff's Motion for Preliminary Injunction.  The Court ordered Defendants to file their Opposition to Plaintiff's Motion for Preliminary Injunction on or before April 25, 2019, and ordered Plaintiff to file its Reply to the Opposition to the Motion for Preliminary Injunction on or before April 29, 2019.  *Id.*  A motions hearing is scheduled for April 30, 2019 at 12:00 p.m.  *Id.*

4. Local Rule 105.3 sets the page limit for oppositions at thirty-five pages and for replies at twenty pages unless otherwise ordered by the Court.  Given the large number of arguments raised in Plaintiff's Motion and Defendants' need to address the Final Rule's regulatory history, Defendants seek permission to exceed the page limit for its Opposition by ten pages so as to respond adequately.

5. Counsel for Defendants conferred with counsel for Plaintiff about this motion, and counsel for Plaintiff indicated that Plaintiff does not oppose, provided that Plaintiff may exceed the twenty-page limit for its Reply by ten pages.  Accordingly, Defendants also ask the Court to extend the page limit for both filings by ten pages.

WHEREFORE, Defendants respectfully ask that the Court grant leave to file an Opposition to Plaintiff's Motion for Preliminary Injunction that exceeds the thirty five–page limit by ten pages, and that the Court grant leave for Plaintiff to file a Reply to the Opposition to the Motion for Preliminary Injunction that exceeds the twenty-page limit by ten pages.  A proposed Order to exceed the page limit is attached with this motion.

        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General

        ROBERT K. HUR
        United States Attorney

        MICHELLE R. BENNETT
        Assistant Branch Director
        Federal Programs Branch

By:   /s/
        TARRA DeSHIELDS
        Assistant United States Attorney
        General Bar No. 07749
        Office of the United States Attorney
        36 South Charles Street, 4th Flr.
        Baltimore, Maryland 21201
        (410) 209-4800

        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of April, 2019, a copy of the foregoing was filed electronically and was thus served on all counsel of record.

                                              /s/
                                 TARRA DeSHIELDS
                                 Assistant United States Attorney