IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE,<br><br>*Plaintiff*,<br><br>v.<br><br>ALEX M. AZAR II, in his official capacity as the Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; DIANE FOLEY, M.D., in her official capacity as the Deputy Assistant Secretary, Office of Population Affairs; OFFICE OF POPULATION AFFAIRS,<br><br>*Defendants*. | Case No. RDB-19-cv-01103 |

**[PROPOSED] ORDER**

Having reviewed Defendants' Unopposed Motion to Expand Page Limits for Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction and for Plaintiff's Reply in Support of Motion for Preliminary Injunction, it is hereby ORDERED that:

1. Defendants may file an Opposition to Plaintiff's Motion for Preliminary Injunction of up to forty-five pages in length.

2. Plaintiff may file a Reply to the Opposition to the Motion for Preliminary Injunction of up to thirty pages in length.

SO ORDERED.

DATED this _____ day of April, 2019, at _____ a.m./p.m.

_____
United States District Judge