IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: RDB-19-1103 |
| ALEX M. AZAR II, Secretary of Health and Human Services, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

For the reasons stated in the Memorandum Opinion issued this date, IT IS this 30th day of May 2019, HEREBY ORDERED:

1. Plaintiff's Motion for Preliminary Injunction (ECF No. 11) is GRANTED.

2. The Health and Human Services Final Rule, entitled *Compliance with Statutory Program Integrity Requirements*, 84 Fed. Reg. 7,714 (Mar. 4, 2019), *to be codified at* 42 C.F.R. Part 59, is ENJOINED as to enforcement in the State of Maryland.

3. This preliminary injunction shall take effect immediately and shall remain in effect pending further order of the Court.

4. Plaintiff is not required to post a bond. This Court finds that security is not required under the circumstances of this case.

5. That the Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to counsel for both parties.

_____/s/_____
Richard D. Bennett
United States District Judge