IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE,<br><br>*Plaintiff*,<br><br>v.<br><br>ALEX M. AZAR II, in his official capacity as the Secretary of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No. 1:19-cv-01103-RDB |

**JOINT MOTION TO EXPAND PAGE LIMITS FOR DEFENDANTS'
MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

The parties respectfully move pursuant to Local Rule 105.3 for permission to exceed by ten pages the thirty-five page limits for Defendants' memorandum in support of their forthcoming motion to dismiss and for Plaintiff's response in opposition to that motion.

1. Plaintiff filed this suit on April 12, 2019, raising statutory and constitutional challenges to a March 4, 2019 Final Rule promulgated by the U.S. Department of Health & Human Services. The Complaint asserts ten claims for relief. *See* Compl., ECF No. 1.

2. Pursuant to the Court's July 16, 2019 Order, Defendants' response to the Complaint is due on August 16, 2019. Defendants intend to file a motion to dismiss on that date.

3. Local Rule 105.3 sets the page limit for memoranda in support of motions and oppositions thereto at thirty-five pages unless otherwise ordered by the Court. Given the number of the claims raised in Plaintiff's Complaint, the parties seek permission to exceed these page limits

1

by ten pages so as to allow each party to respond adequately and assist the Court in deciding the forthcoming motion to dismiss.

The parties thus respectfully ask that the Court grant the parties leave to exceed the applicable page limits by ten pages each in their briefs addressing Defendants' forthcoming motion to dismiss. Specifically, the parties request that the Court grant Defendants leave to file a forty-five page memorandum in support of their forthcoming motion to dismiss and Plaintiff leave to file a forty-five page response in opposition to that motion. A proposed Order is attached with this motion.

Dated: August 15, 2019	Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT
(VA Bar No. 89400)
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel.: (202) 616-8098
Fax: (804) 819-7417
Email: robert.c.merritt@usdoj.gov

*Counsel for Defendants*

Andre M. Davis #00362
*City Solicitor*

Suzanne Sangree #26130
*Senior Counsel for Public Safety &*
  *Director of Affirmative Litigation*

CITY OF BALTIMORE
  DEPARTMENT OF LAW
City Hall, Room 109
100 N. Holliday Street
Baltimore, MD 21202
443-388-2190
andre.davis@baltimorecity.gov
suzanne.sangree2@baltimorecity.gov

By: */s/ Andrew Tutt*
Andrew T. Tutt (*pro hac vice*)
Drew A. Harker (*pro hac vice*)
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
(202) 942-5999 (fax)
andrew.tutt@arnoldporter.com
drew.harker@arnoldporter.com

Marisa A. White (*pro hac vice*)
ARNOLD & PORTER
  KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-8000
(303) 836-8689 (fax)
marisa.white@arnoldporter.com

Priscilla J. Smith (*pro hac vice*)
Faren M. Tang (*pro hac vice*)
REPRODUCTIVE RIGHTS &
  JUSTICE PROJECT
YALE LAW SCHOOL
319 Sterling Place
Brooklyn, NY 11238
priscilla.smith@ylsclinics.org
127 Wall Street

New Haven, CT
faren.tang@ylsclinics.org

Stephanie Toti (*pro hac vice*)
LAWYERING PROJECT
25 Broadway, Fl. 9
New York, NY 10004
646-490-1083
stoti@lawyeringproject.org

*Counsel for Plaintiff Mayor and
   City Council of Baltimore*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2019, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/ R. Charlie Merritt
R. CHARLIE MERRITT