IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE,<br><br>*Plaintiff*,<br><br>v.<br><br>ALEX M. AZAR II, in his official capacity as the Secretary of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No. 1:19-cv-01103-RDB |

**[PROPOSED] ORDER**

Having reviewed the parties' Joint Motion to Expand Page Limits ("Motion"), it is hereby **ORDERED** that the Motion is **GRANTED**. The Court **ORDERS** as follows:

1. Defendants may file a memorandum in support of their motion to dismiss of up to forty-five pages in length.

2. Plaintiff may file a response in opposition to Defendants' motion to dismiss of up to forty-five pages in length.

**SO ORDERED.**

Dated:

_____
Richard D. Bennett
United States District Judge