# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**  
**RICHARD D. BENNETT**  
**UNITED STATES DISTRICT JUDGE**  
**NORTHERN DIVISION**

**U.S. COURTHOUSE - CHAMBERS 5D**  
**101 W. LOMBARD STREET**  
**BALTIMORE, MD 21201**  
**TEL: 410-962-3190**  
**FAX: 410-962-3177**

August 20, 2019

**LETTER ORDER**

To Counsel of Record:   *Mayor & City Council of Baltimore v. Alex M. Azar, II, et al.*
Civil Action No. RDB-19-1103

Dear Counsel:

For the reasons stated on the record at the hearing held this date, Defendants' Motion for Stay of Proceedings Pending Appeal (ECF No. 62) is DENIED. This case shall proceed expeditiously on the merits.

The Government has filed a Motion to Dismiss (ECF No. 67) on August 16, 2019. Plaintiff shall file its response in opposition by August 26, 2019, and the Government's reply is due by August 30, 2019. The Plaintiff's response and Government's reply shall not exceed 25 pages.

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

*/s/ Richard D. Bennett*

Richard D. Bennett  
United States District Judge