UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE
NORTHERN DIVISION

U.S. COURTHOUSE - CHAMBERS 5D
101 W. LOMBARD STREET
BALTIMORE, MD 21201
TEL: 410-962-3190
FAX: 410-962-3177

September 25, 2019

LETTER ORDER

To Counsel of Record:   *Mayor & City Council of Baltimore v. Alex M. Azar, II, et al.*
Civil Action No. RDB-19-1103

Dear Counsel:

This Court has reviewed the parties' Proposed Schedules for Further Proceedings (ECF No. 75). The Court believes that this case should remain on an efficient schedule and that the interests of efficiency and judicial economy are best served by a single, consolidated summary judgment briefing schedule that would allow the Court to address all of the issues between the parties.

Importantly, as this Court noted in its decision on Defendants' Motion to Dismiss, a "searching and careful inquiry" of the administrative record is required before a review of the merits can be performed. (Mem. Order 18, ECF No. 74.) The Administrative Record in this case is not yet before this Court. (*See* ECF No. 57.) Therefore, the briefing schedule for summary judgment motions shall commence 15 days after this Court's receipt of the Administrative Record. The following schedule shall apply:

1. The complete Administrative Record shall be filed with the Court by October 15, 2019.
2. Plaintiff's Motion for Summary Judgment on all claims shall be filed by November 1, 2019.
3. Defendants' Opposition and Cross Motion for Summary Judgment shall be filed by November 15, 2019.
4. Plaintiff's Combined Opposition and Reply shall be filed by December 2, 2019.
5. Defendants' Reply shall be filed by December 16, 2020.
6. A hearing in January 2020 will be scheduled by separate Order.

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

Richard D. Bennett
United States District Judge