## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MAYOR AND CITY COUNCIL OF BALTIMORE,

*Plaintiff*,

v.

UNITED STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al*.

*Defendants*.

Case No. 1:19-cv-01103-RDB

## JOINT STATUS REPORT

On June 1, 2021, in response to the Court's April 5, 2021 Order, the parties reported that they were "considering how this case should proceed" in light of recent developments, including the Supreme Court's dismissal of the petition for certiorari in this case and the Department's proposal to rescind the rule at issue in this litigation.  *See* ECF No. 127.  The parties proposed to file an additional status report by June 11, 2021.

The parties have conferred and agree that further litigation of matters before this Court is unnecessary.  The Court has previously dismissed Counts IV and X of Plaintiff's ten-count complaint, entered judgment for Plaintiff on Counts VII and VIII, and entered judgment for Defendants on Counts III, V, VI, and IX.  *See* ECF No. 74, 93, 94.  All that remains are Counts I and II, and the parties agree that these claims can now be dismissed without prejudice.  Accordingly, the parties respectfully request that the Court enter a final judgment order that dismisses Counts I and II without prejudice and memorializes the Court's earlier orders dismissing

Counts IV and X without prejudice, entering final judgment for Plaintiff on Counts VII and VIII, and entering final judgment for Defendants on Counts III, V, VI, and IX.


Dated: June 11, 2021

*/s/ Andrew Tutt*
Andrew T. Tutt (*pro hac vice*)
Drew A. Harker (*pro hac vice*)
ARNOLD & PORTER
    KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
(202) 942-5999 (fax)
andrew.tutt@arnoldporter.com
drew.harker@arnoldporter.com

Jane H. Lewis, Bar No. 20981
*Assistant City Solicitor*
CITY OF BALTIMORE
    DEPARTMENT OF LAW
City Hall, Room 109
100 N. Holiday Street
Baltimore, MD 21202
443-388-2190
jane.lewis@baltimorecity.gov

Priscilla J. Smith (*pro hac vice*)
Faren M. Tang (*pro hac vice*)
REPRODUCTIVE RIGHTS &
    JUSTICE PROJECT
YALE LAW SCHOOL
319 Sterling Place
Brooklyn, NY 11238
priscilla.smith@ylsclinics.org
127 Wall Street
New Haven, CT
faren.tang@ylsclinics.org

Stephanie Toti (*pro hac vice*)
LAWYERING PROJECT
25 Broadway, Fl. 9
New York, NY 10004

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT
(VA Bar No. 89400)
BRADLEY P. HUMPHREYS
(D.C. Br. No. 988057)
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
(202) 616-8098
robert.c.merritt@usdoj.gov
bradley.humphreys@usdoj.gov

*Counsel for Defendants*

646-490-1083
stoti@lawyeringproject.org

*Counsel for Plaintiff Mayor and City*
*Council of Baltimore*