# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*<br><br>*Defendants*. | Case No. 1:19-cv-01103-RDB |

## [PROPOSED] ORDER

On April 19, 2019, Plaintiff filed a ten-count complaint. After considering the Parties' June 11, 2021 Joint Status Report, ECF No. 128, and the Court's prior orders, the Court HEREBY ORDERS that Plaintiff's claims be disposed of as follows:

1. Counts I, II, IV, and X are DISMISSED WITHOUT PREJUDICE. *See* ECF Nos. 74 and 128; and

2. JUDGMENT IS ENTERED in favor of Plaintiff with respect to Counts VII and VIII. *See* ECF No. 94; and

3. JUDGMENT IS ENTERED in favor of Defendants with respect to Counts III, V, VI, and IX, *see* ECF No. 94.

This is a Final Judgment Order. The Clerk is HEREBY DIRECTED to close this case.

Dated:

_____
Richard D. Bennett
United States District Judge

June 16, 2021